UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

23-34 94th St. Grocery Corp., Kissena Blvd.
Convenience Store, Inc., New York Association of
Convenience Stores, New York State Association
of Service Stations and Repair Shops, Inc.,
Lorillard Tobacco Company, Philip Morris USA
Inc., and R.J. Reynolds Tobacco Co., Inc.,

                Plaintiffs,

v.

New York City Board of Health, New York City
Department of Health and Mental Hygiene, New
York City Department of Consumer Affairs,
Dr. Thomas Farley, in his official capacity as
Commissioner of the New York City Department
of Health and Mental Hygiene, and Jonathan
Mintz, in his official capacity as Commissioner of
the New York City Department of Consumer
Affairs,

                Defendants.

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/10

10 CV 4392 (JSR)

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jeremy S. Winer, attorney for the American Legacy Foundation, et al., and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Paul R.Q. Wolfson
    Firm Name:    Wilmer Cutler Pickering Hale and Dorr LLP
    Address:    1875 Pennsylvania Ave., N.W.
    City/State:    Washington, D.C. 20006
    Phone No.:    (202) 663-6390
    Fax No.:    (202) 663-6363
    E-Mail:    paul.wolfson@wilmerhale.com

is admitted to practice *pro hac vice* as counsel for the American Legacy Foundation, et al.[1], in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED:   7/29, 2010
New York, New York

HONORABLE JED S. RAKOFF
United States District Judge

---

[1] American Legacy Foundation, American Association Of Pediatrics, American Cancer Society, ACS Cancer Action Network, American Lung Association, American Lung Association In New York, American Medical Association, American Public Health Association, Asian Pacific Partners For Empowerment, Advocacy And Leadership, Campaign For Tobacco-Free Kids, Citizens' Commission To Protect The Truth, Faith United Against Tobacco, Lung Cancer Alliance, Massachusetts Association Of Health Boards, Medical Society For The State Of New York, National African American Tobacco Prevention Network, National Association Of Chronic Disease Directors, National Association Of County And City Health Officials, National Association Of Local Boards Of Health, National Coalition For LGBT Health, National LGBT Tobacco Control Network, Oncology Nursing Society, Partnership For Prevention, and Tobacco Control Legal Consortium.