UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
23-34 94th ST. GROCERY, CORP., KISSENA BLVD.
CONVENIENCE STORE, INC., NEW YORK
ASSOCIATION OF CONVENIENCE STORES, NEW
YORK STATE ASSOCIATION OF SERVICE
STATIONS AND REPAIR SHOPS, INC.,
LORILLARD TOBACCO COMPANY, PHILIP
MORRIS USA INC., and R.J. REYNOLDS             10 CV 4392 (JSR)(FM)
TOBACCO CO., INC.,

                              Plaintiffs,

    - against -

NEW YORK CITY BOARD OF HEALTH, NEW
YORK CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE, NEW YORK CITY
DEPARTMENT OF CONSUMER AFFAIRS, DR.
THOMAS FARLEY, in his official capacity as
Commissioner of the New York City Department of
Health and Mental Hygiene, and JONATHAN MINTZ,
in his official capacity as Commissioner of the New
York City Department of Consumer Affairs,

                              Defendants.
-----------------------------------------------------------------------x

## NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, dated August 13, 2010; the Declaration of Thomas Farley, dated August 13, 2010, and the exhibits attached thereto; the Memorandum of Law, dated August 13, 2010; and upon the all the papers, pleadings and proceedings heretofore had and filed herein, the undersigned will cross-move this Court before the Honorable Jed S. Rakoff at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on October 15, 2010 at 4:00 p.m., for an order pursuant to Rule 56(b) of the Federal Rules of Civil Procedure granting summary judgment to the

Defendants in the above-captioned action, together with such other and further relief as the Court deems just, fair and equitable.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the briefing schedule ordered by the Court on June 17, 2010, Plaintiffs shall serve their reply/opposition papers, if any, on or before September 24, 2010, and Defendants shall serve their reply papers, if any, on or before October 8, 2010.

Dated:     New York, New York
           August 13, 2010

                                MICHAEL A. CARDOZO
                                Corporation Counsel
                                  of the City of New York
                                Attorney for Defendants
                                100 Church Street, Room 5-158
                                New York, New York 10007
                                (212) 788-0708

                       By: _____
                          Nicholas R. Ciappetta (NC 1014)
                          Assistant Corporation Counsel

TO:   Miguel A. Estrada, Esq.
      Michael J. Edney, Esq.
      Brian D. Boone, Esq.
      GIBSON, DUNN & CRUTCHER LLP
      *Counsel for Plaintiff Philip Morris USA Inc.*
      1050 Connecticut Avenue, N.W.
      Washington, D.C. 20036

      Jennifer H. Rearden, Esq.
      GIBSON, DUNN & CRUTCHER LLP
      *Counsel for Plaintiff Philip Morris USA Inc.*
      200 Park Avenue
      New York, New York 10166

Alan Mansfield, Esq.
Stephen L. Saxl, Esq.
GREENBERG TRAURIG LLP
*Counsel for Plaintiff Lorillard Tobacco Company*
200 Park Avenue
New York, New York  10166

Noel J. Francisco, Esq.
JONES DAY
*Counsel for Plaintiff R.J. Reynolds Tobacco Co., Inc.*
51 Louisiana Avenue, N.W.
Washington, D.C.  20001

D. Theodore Rave, Esq.
JONES DAY
*Counsel for Plaintiff R.J. Reynolds Tobacco Co., Inc.*
222 East 41st Street
New York, New York  10017

Floyd Abrams, Esq.
Joel Kurtzberg, Esq.
Kayvan Sadeghi, Esq.
CAHILL GORDON & REINDEL LLP
*Counsel for Plaintiffs 23-94th Street Grocery Corp., Kissena Blvd. Convenience Store, Inc., New York Association of Convenience Stores, and New York State Association of Service Stations and Repair Shops, Inc.*
80 Pine Street
New York, New York  10005