*Rakoff, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

23-34 94th St. Grocery Corp., *et al.*,

    Plaintiffs,

v.

New York City Board of Health, *et al.*,

    Defendants.

10 CV 4392 (JSR)

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/11

---

## STIPULATION REGARDING STAY OF ENFORCEMENT

**WHEREAS** Plaintiffs have brought this suit challenging New York City Health Code Article 181.19 ("Resolution § 181.19" or "the Resolution"), a Resolution adopted by the New York City Board of Health (the "Board") that requires all sellers of tobacco products in New York City prominently to display certain signs concerning the health risks of smoking; and

**WHEREAS** Plaintiffs have moved to enjoin preliminarily the enforcement of the Resolution; Defendants have cross-moved for summary judgment; and both motions have been fully briefed and argued; and

**WHEREAS** the parties previously had stipulated to a stay of enforcement of the Resolution, to expire on the earlier of (a) fourteen days after the Court's ruling on Plaintiffs' motion for a preliminary injunction or (b) January 1, 2011, and the Court had so ordered the stipulation.

In order to extend for one month the duration of the prior agreed stay and to provide additional time for resolving these motions without prejudicing Plaintiffs' rights,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties hereto that:

1.      Enforcement of the Resolution shall be stayed until the earlier of either (a) fourteen (14) days after the Court's ruling on Plaintiffs' motion for a preliminary injunction or (b) February 1, 2011.

2.      While this stay is in effect, neither the Defendants, nor any of the employees or authorized agents of any of the Defendants, will take any action to enforce violations of this Resolution.

3.      The Defendants and the City of New York shall not make use of or refer to for any purpose in any legal or administrative proceeding of any kind the fact that, while this stay was in effect, any person or entity failed to post the signs required by the Resolution.

Nothing in this Stipulation shall be construed by any of the parties hereto to constitute a waiver of any legal or factual arguments that may be asserted in this action.

Dated:  New York, New York
        December 28, 2010

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                Attorney for Defendants
                                100 Church Street
                                New York, NY 10007
                                (212) 788-0708

                        By:     _____
                                Nicholas R. Ciappetta (NC 1014)

By: /s/ Floyd Abrams
Floyd Abrams (FA 0902)
Joel Kurtzberg (JK 1552)
Kayvan Sadeghi (KS 7463)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
(212) 701-3120
fabrams@cahill.com
jkurtzberg@cahill.com
ksadeghi@cahill.com

*Counsel for Plaintiffs 23–34 94th Street Grocery Corp., Kissena Blvd. Convenience Store, Inc., New York Association of Convenience Stores, and New York State Association of Service Stations and Repair Shops, Inc.*

By: /s/ Noel Francisco
Noel J. Francisco *
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
njfrancisco@jonesday.com
*admitted pro hac vice*

D. Theodore Rave (DR 1979)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
drave@jonesday.com

*Counsel for Plaintiff R.J. Reynolds Tobacco Co.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Michael J. Edney
Miguel A. Estrada (ME 4227)
Michael J. Edney *
Brian D. Boone *
*admitted pro hac vice*
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mestrada@gibsondunn.com
medney@gibsondunn.com
bboone@gibsondunn.com

Jennifer H. Rearden (JR 2552)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
jrearden@gibsondunn.com

*Counsel for Plaintiff Philip Morris USA Inc.*

By: /s/ Alan Mansfield
Alan Mansfield (AM 3266)
Stephen L. Saxl (SS 1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
mansfielda@gtlaw.com
saxls@gtlaw.com

*Counsel for Plaintiff Lorillard Tobacco Company*

Denied as moot,
IT IS SO ORDERED
/s/ Jed S. Rakoff
The Honorable Jed S. Rakoff
12/30/10

3